**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 72.69.134.137**

**ISP:** Verizon Internet Services
**Physical Location:** Lawrence, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/10/2017 04:18:30 | 5A7878EC965C0D81EE121BA31280A6D997A6E54A | Hippie Chicks |
| 09/10/2017 04:17:05 | DB3FA3361CFB8621905E53012871F2A808F4E3B8 | Born To Be Wild |
| 09/10/2017 04:06:34 | AA6C7121CEBCBF1B37454A4E2A6C9B10A9944C38 | I Cook Naked |
| 08/20/2017 13:26:15 | 12853612F55EF3E95784CA8471DA56E6B56010E6 | Sultry Hot Summer |
| 08/20/2017 13:23:17 | B6C19012BCC82AADB247F8D20CA3263426F3FE02 | Welcome To The Jungle |
| 08/16/2017 14:59:04 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 08/06/2017 16:14:06 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 07/23/2017 19:08:38 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |
| 07/23/2017 19:06:04 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 06/20/2017 01:57:18 | 77BD97CB46F8E6B0B9869A8B39F0ECC75CF84573 | Love In Prague |
| 06/11/2017 18:06:45 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 04/09/2017 15:32:31 | 9515EAA2EE910ADED33DCF5B967F3429CA3F2D42 | One Night Stand |
| 03/27/2017 01:00:39 | 3CE25AD5EAD54B0819EFD81ECACADB777FD18B0B | The Young and the Restless |
| 03/27/2017 00:59:24 | D06640359A90FFE2C14D0851AE52898FDD4C52D8 | Play Me |
| 03/07/2017 01:59:17 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 03/07/2017 01:59:01 | 27BBB5802EAB51683B352E88A98F380B88B68FA1 | Deep Inside Gina |
| 02/12/2017 19:51:53 | BB5EC5864734FE9BCCE962C969669FFA2B741845 | Want To Fuck My Wife |
| 02/05/2017 04:37:33 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 01/30/2017 00:43:24 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 01/22/2017 19:22:52 | BF127F737A2919C751839433E7DBE478A32889BB | Green With Envy |
| 01/15/2017 04:13:00 | 7374D51F5FDCD83B4506EF98CA86364A33A27B06 | Introducing Milla |
| 01/15/2017 04:07:29 | 3830A8A9223455FE4F4A639B33E7CE73BB2AC1DA | Playing Dress Up |

EXHIBIT A

ENY113

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/15/2017 04:06:51 | 0076A9C18B2674AB16D2E3796236B4822CCCBC89 | A Blonde in my Bedroom |
| 01/15/2017 03:58:29 | 322B6D869851E9753C8BECF9B371EAE4702EF8C5 | New Year Bang |
| 12/05/2016 00:24:55 | 2D81F381C41FFC4C73E58DBFD64C8F3FC0F95048 | Hotter Than Ever |
| 11/18/2016 03:03:44 | 4F75907E46FA5D0432FFE86687E479CD86C4C4E3 | Forbidden Fruit |
| 11/18/2016 02:53:04 | 3FFB8BB7A7EB2353DCAAFD9BE0F185732C80C9FC | Floating Emotions |
| 11/18/2016 02:52:14 | BCF8732FED240780313AE09DE8A875F07A14D46D | Triple Treat |
| 11/18/2016 02:47:16 | E9914BA1916280E8F6306D24795846E16EE6A601 | Cum For A Ride |
| 11/18/2016 02:43:10 | D5131C67120956C8C3F530D4489340967F1543A1 | Introducing Miss Jones |

**Total Statutory Claims Against Defendant: 30**

EXHIBIT A

ENY113