UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :   Case No. 2:17-cv-06917-JMA-SIL
                              Plaintiff,                        :
                                                                :
             vs.                                                :
                                                                :
JOHN DOE subscriber assigned IP address                         :
72.69.134.137                                                   :
                                                                :
                              Defendant.                        :
----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 72.69.134.137. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 18, 2018                    Respectfully Submitted,

                                             By: /s/ Kevin T. Conway, Esq.
                                             Kevin T. Conway, Esq.
                                             NY Bar No.: 2133304
                                             664 Chestnut Ridge Road
                                             Spring Valley, NY 10977-6201
                                             T: (845) 352-0206
                                             F: (845) 352-0481
                                             Email: ktcmalibu@gmail.com
                                             *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <em>Kevin T. Conway</em>