| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | **FILED**<br>**CLERK**<br>9/19/2018 12:14 pm<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

---------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                            :
                                                              :   Case No. 2:17-cv-06917-JMA-SIL
                       Plaintiff,                       :
                                                              :
                      vs.                              :
                                                              :
JOHN DOE subscriber assigned IP address                       :
72.69.134.137                                                 :
                                                              :
                       Defendant.                       :
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 72.69.134.137. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

| | |
|---|---|
| Dated: September 18, 2018 | Respectfully Submitted, |
| | By: <u>/s/ Kevin T. Conway, Esq.</u><br>Kevin T. Conway, Esq. |
| Case closed.<br>SO ORDERED.<br>/s/JMA, USDJ<br>9/19/2018 | NY Bar No.: 2133304<br>664 Chestnut Ridge Road<br>Spring Valley, NY 10977-6201<br>T: (845) 352-0206<br>F: (845) 352-0481<br>Email: ktcmalibu@gmail.com<br>*Attorneys for Plaintiff* |

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ <i>Kevin T. Conway</i></u>